# Court Order on Case Filing

Case number __CV15-5920__

Magistrate Judge __GO__ ✓

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 19 2015 ★
BROOKLYN OFFICE

Treat under Local Rule 72.2 _____ ✓

Court respectfully requests expedition by the Magistrate Judge __✓__

Case Manager:

set a conference before me as soon as possible after appearance _____.

set a conference before me _____ days from today's date _____.

set a conference before me on case control promptly upon completion of discovery as certified by the magistrate judge or the filing of a dispositive motion whichever occurs earlier. Motions under Rule 12 are not encouraged __✓__.

Plaintiff and a knowledgeable person for the defendant shall appear at the conference ___✓___.

Respectfully referred to the Magistrate Judge for:

_____

_____
Jack B. Weinstein
Sr. U.S. District Judge

Date: __10/16/15__