AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| Eugenie Bouchard<br>*Plaintiff*<br>v.<br>United States Tennis Association, Inc. and USTA National Tennis Center, Inc.<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No.   1:15-cv-5920 |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Eugenie Bouchard

Date:   10/20/15

*Attorney's signature*

David Sirotkin - DS4863
*Printed name and bar number*

Morelli Ratner Law Firm, PLLC
777 Third Avenue, 31st Floor
New York, NY 10017
*Address*

dsirotkin@morellilaw.com
*E-mail address*

(212) 751-9800
*Telephone number*

(212) 751-0046
*FAX number*