AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

Eugenie Bouchard )
*Plaintiff* )
v. ) Case No. 1:15-cv-5920
United States Tennis Association, Inc. and USTA National Tennis Center, Inc. )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Eugenie Bouchard

Date: 10/20/2015

*Attorney's signature*

Perry Fallick   PF 2671
*Printed name and bar number*

Morelli Ratner Law Firm, PLLC
777 Third Avenue, 31st Floor
New York, NY 10017
*Address*

pfallick@morellilaw.com
*E-mail address*

(212) 751-9800
*Telephone number*

(212) 751-0046
*FAX number*