IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| EUGENIE BOUCHARD | ) Docket No. 1:15-cv-5920 |
| Plaintiff, | ) |
| v. | ) **NOTICE OF APPEARANCE** |
| UNITED STATES TENNIS ASSOCIATION, INC. and USTA NATIONAL TENNIS CENTER, INC. | ) |
| Defendants. | ) |

**PLEASE TAKE NOTICE** that Rosario M. Vignali, a member of the law firm of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, 1133 Westchester Avenue, White Plains, New York 10604, attorneys for Defendants in this matter, appears herein.

Dated: White Plains, New York
       November 12, 2015

Respectfully submitted,

/s/
Rosario M. Vignali, Esq.
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
Attorneys for Defendants
1133 Westchester Avenue
White Plains, New York 10604
Tel. (914) 872-7250
Fax (914) 323-7001

TO: Benedict P. Morelli, Esq. (BM6597)
    David T. Sirotkin, Esq. (DS4863)
    Perry S. Fallick (PF1165)
    Morelli Ratner Law Firm, PLLC
    Attorneys for Plaintiff
    777 Third Avenue, 31st Floor
    New York, New York 10017

5743052v.1