IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| EUGENIE BOUCHARD | Docket No. 1:15-cv-5920 |
| Plaintiff, | |
| v. | **RULE 7.1 STATEMENT** |
| UNITED STATES TENNIS ASSOCIATION, INC. and USTA NATIONAL TENNIS CENTER, INC. | |
| Defendants. | |

**TO THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK:**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the Defendants, as non-governmental corporate parties, by and through their attorneys, WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, certify as follows:

United States Tennis Association Incorporated is a New York corporation that is not publicly traded.

USTA National Tennis Center Incorporated is a New York corporation that is not publicly traded.

Dated: White Plains, New York
        November 12, 2015

                                    Respectfully submitted,

                                    ___/s/_____
                                    Rosario M. Vignali, Esq.
                                    **WILSON, ELSER, MOSKOWITZ,
                                    EDELMAN & DICKER LLP**
                                    Attorneys for Defendants
                                    1133 Westchester Avenue
                                    White Plains, New York 10604

5743127v.1

Tel. (914) 872-7250
Fax (914) 323-7001


TO: Benedict P. Morelli, Esq. (BM6597) (via ECF)
David T. Sirotkin, Esq. (DS4863)
Perry S. Fallick (PF1165)
Morelli Ratner Law Firm, PLLC
Attorneys for Plaintiff
777 Third Avenue, 31st Floor
New York, New York 10017