# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| EUGENIE BOUCHARD<br><br>          Plaintiff,<br><br>v.<br><br>UNITED STATES TENNIS ASSOCIATION,<br>INC. and USTA NATIONAL TENNIS CENTER,<br>INC.<br>          Defendants.<br>_____ | Docket No. 1:15-cv-5920<br><br><br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Francis P. Manchisi, a member of the law firm of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, 1133 Westchester Avenue, White Plains, New York 10604, attorneys for Defendants in this matter, appears herein.

Dated: White Plains, New York
       November 18, 2015

                              Respectfully submitted,

                              _____/s/_____
                              Francis P. Manchisi, Esq. (FM9413)
                              **WILSON, ELSER, MOSKOWITZ,**
                              **EDELMAN & DICKER LLP**
                              Attorneys for Defendants
                              1133 Westchester Avenue
                              White Plains, NY 10604
                              Tel. (914) 872-7228
                              Fax (914) 323-7001

TO:   Benedict P. Morelli, Esq. (BM6597)
      David T. Sirotkin, Esq. (DS4863)
      Perry S. Fallick (PF1165)
      Morelli Ratner Law Firm, PLLC
      Attorneys for Plaintiff
      777 Third Avenue, 31st Floor
      New York, New York 10017

5743039v.1