IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| EUGENIE BOUCHARD ) | Docket No. 1:15-cv-5920 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES TENNIS ASSOCIATION, ) | |
| INC. and USTA NATIONAL TENNIS CENTER, ) | |
| INC. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## CONSENT MOTION FOR CONFIDENTIALITY AGREEMENT AND PROTECTED ORDER

Pursuant to the Court's directive of December 11, 2015, Plaintiff, Eugenie Bouchard ("Plaintiff"), and Defendants, United States Tennis Association Incorporated and USTA National Tennis Center Incorporated incorrectly named herein as "United States Tennis Association, Inc. and USTA National Tennis Center, Inc.," (hereinafter "Defendants"), jointly file this Consent Motion for the Entry of a Confidentiality Agreement and Protective Order and, in support thereof, would show the Court as follows:

Plaintiff and Defendants (the "Parties") agree that this matter is of such a nature that it would be in the best interests of the Parties to protect and ensure the confidential and/or proprietary nature of documents and information which they expect to exchange during discovery and/or motion practice herein. The Parties have therefore agreed to a form of Confidentiality Agreement and Protective Order, which is annexed hereto as Exhibit "A", to govern the exchange of potentially confidential and/or proprietary documents and information during discovery and/or motion practice herein. Accordingly, the Parties respectfully request that this Court enter the attached Confidentiality Agreement and Protective Order governing the

5799512v.1

production, use, and disclosure of confidential and/or proprietary documents and information in this action.

**WHEREFORE,** the Parties respectfully request that this Motion be granted in all respects, consistent with the proposed Confidentiality Agreement and Protective Order submitted herewith.

Dated: White Plains, New York
December 22, 2015

MORELLI LAW FIRM, PLLC

By: _____
Benedict P. Morelli, Esq. (BM6597)
David T. Sirotkin, Esq. (DS4863)
Perry S. Fallick (PF1165)
Attorneys for Plaintiff
Eugenie Bouchard
777 Third Avenue, 31st Floor
New York, New York 10017
Tel: (212) 751-9800
Fax: (212) 751-0046

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By: _____
Rosario M. Vignali, Esq. (RMV7150)
Francis P. Manchisi, Esq. (FPM2943)
Attorneys for Defendants
United States Tennis Association
Incorporated and USTA National
Tennis Center Incorporated
1133 Westchester Avenue
White Plains, New York 10604
Tel: (914) 872-7250
Fax (914) 323-7001