## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2016, I will email and electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Francis Manchiesi, Esq.
Rosario M. Vignali, Esq.
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
150 E 42nd Street
New York, NY 10017
(212) 490-3000
Francis.Manchisi@wilsonelser.com
Rosario.Vignali@wilsonelser.com


*/s/ Benedict Morelli*
Benedict P. Morelli
**MORELLI LAW FIRM, PLLC**
777 Third Ave., 31st Fl.
New York, NY 10017
(212) 751-9800
bmorelli@morellilaw.com