IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| EUGENIE BOUCHARD<br><br>　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES TENNIS ASSOCIATION,<br>INC. and USTA NATIONAL TENNIS CENTER,<br>INC.<br>　　　　　Defendants. | Docket No. 1:15-cv-5920<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Marianna Codispoti, an associate with the law firm of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, 1133 Westchester Avenue, White Plains, New York 10604, attorneys for Defendants in this matter, appears herein.

Dated: White Plains, New York
　　　　September 26, 2016

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　Marianna Codispoti, Esq. (MC1995)
　　　　　　　　　　　　　　　　　　　**WILSON, ELSER, MOSKOWITZ,**
　　　　　　　　　　　　　　　　　　　**EDELMAN & DICKER LLP**
　　　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　　1133 Westchester Avenue
　　　　　　　　　　　　　　　　　　　White Plains, NY 10604
　　　　　　　　　　　　　　　　　　　Tel. (914) 872-7833
　　　　　　　　　　　　　　　　　　　Fax (914) 323-7001

TO:　　Benedict P. Morelli, Esq. (BM6597)
　　　　David T. Sirotkin, Esq. (DS4863)
　　　　Perry S. Fallick (PF1165)
　　　　Attorneys for Plaintiff
　　　　Eugenie Bouchard
　　　　Morelli Law Firm, PLLC
　　　　777 Third Avenue, 31st Floor
　　　　New York, New York 10017

6169963v.1