

Benedict P. Morelli

April 25, 2017

**VIA ECF**
Magistrate Judge Lois Bloom
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re: *Bouchard v. United States Tennis Association, Inc., et al.*
        Docket No.: 1:15-cv-5920-AMD-MDG

Dear Judge Bloom:

    We represent the Plaintiff Eugenie Bouchard in the above-captioned matter. We write to request a telephone conference with the Court as soon as you are available.

        Respectfully Submitted,

        MORELLI LAW FIRM, PLLC

        Benedict P. Morelli, Esq.

cc: **WILSON ELSER MOSKOWITZ**
    **EDELMAN & DICKER LLP (via ECF)**
    *Attorneys for Defendants*

Morelli Law Firm PLLC

777 Third Avenue, 31st Floor
New York, New York 10017
Tel: (212) 751-9800   Fax: (212) 751-0046   Toll Free: (877) 751-9800

www.morellilaw.com