# **CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2017, the foregoing documents were filed with the Clerk of Court and served in accordance with the Federal Rules of Civil Procedure, and the Eastern District's Rules on Electronic Service upon the following parties and participants:

To: **WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
Rosario M. Vignali, Esq.
*Attorneys for Defendants*
1133 Westchester Avenue
White Plains, New York 10604
P: (914) 872-7250
F: (914) 323-7001

/s/_____
Benedict P. Morelli, Esq.
**MORELLI LAW FIRM, PLLC**
777 Third Avenue, 31st Floor
New York, NY 10017
T: (212) 751-9800

*Attorneys for Plaintiff*