1

2    UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF NEW YORK
3    ----------------------------------------X
     EUGENIE BOUCHARD,
4
                              PLAINTIFF,
5

6         -against-         Case No:
                            1:15-CV-5920
7

8    UNITED STATES TENNIS ASSOCIATION, INC. and
     USTA NATIONAL TENNIS CENTER, INC.,
9
                              DEFENDANTS.
10   ----------------------------------------X

11

12

13                   DATE:  November 8, 2016

14                   TIME:  11:06 A.M.

15

16

17           VIDEOTAPED DEPOSITION of the

18   Plaintiff, EUGENIE BOUCHARD, taken by the

19   Defendants, pursuant to a Court Order and

20   to the Federal Rules of Civil Procedure,

21   held at the offices of Morelli Law Firm,

22   PLLC, 777 Third Avenue, 31st Floor, New

23   York, New York 10017, before Scott

24   Torrance, a Notary Public of the State of

25   New York.

```
 1

 2     A P P E A R A N C E S:

 3

 4     MORELLI RATNER LAW FIRM, PLLLC
          Attorneys for the Plaintiff
 5       EUGENIE BOUCAHRD
         777 Third Avenue, 31st Floor
 6       New York, New York 10017
         BY:  BENEDICT MORELLI, ESQ.
 7            -and-
             PERRY FALLICK, ESQ.
 8            -and-
             DAVID SIROTKIN, ESQ.
 9

10

       WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP
11       Attorneys for the Defendants
         UNITED STATES TENNIS ASSOCIATION, INC.
12       and USTA NATIONAL TENNIS CENTER, INC.
         1133 Westchester Avenue
13       White Plains, New York 10604
         BY:  ROSARIO M. VIGNALI, ESQ.
14            -and-
             MARIANNA CODISPOTI, ESQ.
15       File #:  12269.00214

16

17

18     ALSO PRESENT:
         RACHEL D. BOOTH, ESQ.,
19       United States Tennis Association;

20       ROBERT HORGAN, videographer
         Diamond Reporting & Legal Video
21

22

23              *        *        *

24

25
```

1                           E.  BOUCHARD

2                  Have you had, Ms. Bouchard, a

3      chance to look at that exhibit?

4          A.    Yes.

5          Q.    Do you recall seeing that

6      posted anywhere in the locker room during

7      the 2015 U.S. Open, and by that I'm also

8      including the trainers' room and/or the ice

9      bathroom?

10         A.    Yes.

11         Q.    Okay.  Do you recall reading

12     that at any time?  You may have seen it

13     posted, but did you actually read it during

14     the U.S. Open at any time?

15         A.    I don't recall.

16         Q.    Okay.  And I may not have asked

17     you that same question about the previous

18     exhibit.

19                  Do you recall reading that one,

20     the one that talked about training room

21     hours?

22                  MR. MORELLI:  This one?

23                  MR. VIGNALI:  Yes.

24         A.    Reading it, I don't recall.

25         Q.    Now, on the night of your

1                    E.  BOUCHARD

2    accident, you had played a doubles match

3    before your accident, correct?

4         A.    Correct.

5         Q.    And you won the match?

6         A.    Yes.

7         Q.    What I would like to review

8    with you, Ms. Bouchard, is your activities

9    from the time your match ended to the time

10   of your accident.  Can we do that in a --

11   in a timeline kind of fashion?

12                And just to set the predicate

13   for you, we have -- the USTA and the

14   National Tennis Center has produced a

15   security video in this case that has a time

16   thingy going with it, and I have some

17   screen shots here.  I'll share copies with

18   your attorneys.

19                So, let me ask you:  Do you

20   recall approximately what time of the

21   evening that doubles match ended?

22        A.    I think it was about 9:45 p.m.

23        Q.    Okay.

24                MR. VIGNALI:  Get this one

25            marked by the reporter.

1                    E.  BOUCHARD

2     Center with the entrance to the women's

3     locker room?

4          A.    Yes.

5          Q.    Okay.  Now, in the upper left

6     there is a time, do you see that?

7          A.    Yes.

8          Q.    And it's expressed in military

9     style 2205 with some seconds after that.

10    Do you see that?

11         A.    Yes.

12         Q.    I'm not asking you to assume --

13    strike that.

14              I'm not asking you to accept

15    that that time is correct, but would it --

16    does it sound correct that you went into

17    the locker room for the first time about

18    20 minutes after your match ended?

19         A.    Yes.

20         Q.    Okay.  What do you recall doing

21    between -- in -- in those 20 minutes,

22    between 9:45 and 10:0 -- approximately

23    10:05 in that screen shot?

24         A.    I stayed on court after the

25    match, signed autographs, did on court

```
 1                    E. BOUCHARD
 2    interviews with my mixed doubles partner,
 3    and then we walked back.
 4          Q.    When you entered at
 5    approximately 10:05 to the locker room,
 6    where did you go?
 7          A.    I went to my locker.
 8          Q.    Do you recall where in the
 9    locker room your locker was located?
10          A.    Yes.
11                MR. VIGNALI:  Where did that
12             floor plan go?  Do we -- we have it?
13                MR. MORELLI:  Oh, it's here.
14          Q.    Ms. Bouchard, if you would look
15    at that floor plan --
16                MR. MORELLI:  You want the
17             floor plan or the --
18                MR. VIGNALI:  No, the floor
19             plan.
20                MR. MORELLI:  -- photograph?
21                MR. VIGNALI:  You got it.  No,
22             the floor plan.
23                MR. MORELLI:  Okay.
24          Q.    Would you -- don't mark
25    anything, just take a look, would you be
```

```
 1                          E.  BOUCHARD
 2               to so we could get the correct
 3               answer.
 4                   (Whereupon, the referred to
 5               portion of the record was read back
 6               by the reporter:  Before you got to
 7               your locker or while at the locker,
 8               did you speak to any trainers?)
 9                   MR. MORELLI:  That specific
10               question, okay?  So, the answer to
11               that question is?
12                   THE WITNESS:  No.
13                   MR. MORELLI:  No, okay.
14          Q.    I understand the conversation
15     went -- came later, after you showered?
16          A.    Yes.
17          Q.    So, let me be -- let's be clear
18     with each other.  After you put your, I
19     think you said the bag on the bench, took
20     out your clothes, you went to shower,
21     correct?
22          A.    Yes.
23          Q.    Came back out, did you go back
24     to your locker?
25          A.    Yes.
```

1                    E.  BOUCHARD

2         Q.    Or did you stop at the

3    bathroom -- at the mirror and did whatever

4    women do at those things after they shower?

5         A.    No.

6              MR.  MORELLI:   What, if

7          anything, did you do?

8         Q.    You went back straight to your

9    locker?

10        A.    Correct.

11        Q.    Okay.  Is that when -- I'm

12   sorry, is that when your conversation with

13   a trainer took place?

14        A.    Yes.

15        Q.    What trainer was that?  Do you

16   know?

17        A.    Kristy Stahr.

18        Q.    Okay.  And again, that was --

19   was that the first time you recall ever

20   interacting with Kristy Stahr as a trainer?

21        A.    Yes.

22        Q.    At the 2015 U.S. Open?

23        A.    Yes.

24        Q.    By the way, was she also the

25   trainer that was court side during your

```
 1                    E. BOUCHARD
 2    doubles match?
 3          A.    I do not recall.
 4          Q.    Okay.  So, what was the nature
 5    of that conversation with Ms. Stahr at the
 6    locker after you showered?
 7          A.    She asked if I needed anything
 8    from her or any of the trainers.
 9          Q.    Okay.  Did you respond?
10          A.    Yes.
11          Q.    What did you tell her?
12          A.    I said I have my personal
13    massage therapist, so I don't need anything
14    like physio or massage, but I'm going to do
15    my cool down and press and I'll come back
16    to use the ice bath after.
17          Q.    Okay.  I'm sorry, you were
18    going to do your cool down and you said
19    something else?
20          A.    And press.
21          Q.    Okay.  Press meaning with the
22    media?
23          A.    Yes.
24          Q.    Okay.  And did she respond to
25    that?
```

```
 1                    E. BOUCHARD
 2          A.     She said okay.
 3          Q.     All right.  Who else, if
 4    anyone, besides you and Ms. Stahr, were in
 5    the locker room area?
 6          A.     I don't recall.
 7          Q.     Well, let me see if I could
 8    help you.
 9                 Were there other trainers in
10    the general area, besides Ms. Stahr?
11          A.     I know there were some trainers
12    in the training room.
13          Q.     Okay.
14          A.     I didn't see them.
15          Q.     Okay.  So, while you're talking
16    with Ms. Stahr, you know that there's
17    trainers in the training room; that's a
18    fair statement?
19          A.     Yes.
20          Q.     Anyone else, besides you,
21    Ms. Stahr and the trainers, that are in the
22    training room, in this whole area shown by
23    the floor plan?
24          A.     The locker room attendants.
25          Q.     Okay.  Do you recall any names
```

```
 1                      E. BOUCHARD
 2          Q.    You spent a total of 18 minutes
 3    in the locker room.  Does that sound about
 4    right?
 5          A.    That sounds about right.
 6          Q.    Okay.  Now, you're -- you're
 7    leaving with -- is that food in your hand?
 8          A.    Yes.
 9          Q.    Was there food available in the
10    locker room?
11          A.    Yes.
12          Q.    What do you recall taking out
13    with you?  I'm not sure if it's visible in
14    the photo.
15          A.    I believe I had a banana and a
16    plate of pasta.
17          Q.    Where did you go when you left
18    the locker room?
19          A.    I went to the gym.
20          Q.    I'm sorry, to the gym?
21          A.    The gym.
22          Q.    Okay.  What was at the gym that
23    made you want to go there?
24          A.    It's my routine to do my cool
25    down in the gym.
```

                        E.  BOUCHARD

1

2          Q.     Okay.

3          A.     I bike and then my trainer

4   stretches me out.

5          Q.     And were you eating while you

6   were cooling down or do you eat that food

7   before you cool down or something else?

8          A.     I do it during the process.

9          Q.     Okay.  And did you, in fact, go

10  to the gym and spend some time there?

11         A.     Yes.

12         Q.     Okay.  How far away is the gym

13  from that locker room?

14         A.     It's down the hall and then

15  three floors up.

16         Q.     Okay.  Before you left, did you

17  say anything to Ms. Stahr or anyone else as

18  to when and if you might return?

19         A.     Just what I said previously.

20         Q.     About the coming back for the

21  ice bath?

22         A.     Yes.

23         Q.     Was there anyone with you in

24  the gym while you were doing your -- your

25  cool down?

1                          E.  BOUCHARD

2    were going in, she's opening the door for

3    you, but you didn't go in the locker room,

4    did you?

5          A.    No.

6          Q.    Are you coming -- just to set

7    the record straight, are you coming from

8    the gym in the cool down?

9          A.    Yes.

10         Q.    Going somewhere else?

11         A.    Yes.

12         Q.    But not the locker room,

13   correct?

14         A.    Correct.

15         Q.    Where were you going?

16         A.    To the press room.

17         Q.    Okay.  Is the press room

18   located further down the hall, kind of in

19   the direction you're facing --

20         A.    Yes.

21         Q.    -- in that -- in those screen

22   shots?

23         A.    Yes.

24         Q.    Did you give a press

25   conference?

1                     E.  BOUCHARD

2          A.     Yes.

3          Q.     How long did that last?

4          A.     About 15 to 20 minutes.

5          Q.     Is it -- during that press

6     conference, is it just you and one reporter

7     or is it multiple reporters?  How does that

8     work or how did it work at the U.S. Open?

9                     MR. MORELLI:  Right.

10         A.     I sit at the table at the front

11    and it's a room full of reporters.

12         Q.     And is that, in fact, what

13    happened at the 2015 U.S. Open?

14         A.     Yes.

15         Q.     Okay.  Is that recorded, to

16    your knowledge?

17         A.     Yes.

18         Q.     And from your previous

19    experience at the U.S. Open and these other

20    tournaments, are those press conferences

21    then posted somewhere, either in paper form

22    or online or something like that?

23         A.     Of course.

24         Q.     Okay.  After the press

25    conference, where did you go after that?

```
 1                    E.  BOUCHARD
 2        A.     I went to the locker room.
 3        Q.     For what purpose?
 4        A.     To do my ice bath.
 5               MR. VIGNALI:  B-5 and B-6, in
 6          that order.
 7               (Whereupon, the aforementioned
 8          screen shot photos were marked as
 9          Defendants' Exhibits B-5 and B-6 for
10          identification as of this date by the
11          Reporter.)
12               MR. MORELLI:  That's B-5, and
13          that's B- 6.
14        Q.     Have you had a chance,
15     Ms. Bouchard, to look at Exhibits B-5 and
16     B-6?
17        A.     Yes.
18        Q.     Is that you shown in both
19     exhibits?
20        A.     Yes.
21        Q.     I'll represent to you it
22     purports to show you coming back to the
23     locker room and I believe it shows a locker
24     room attendant holding a door open for you
25     at approximately 11:10 p.m.  Does that
```

```
 1                         E.  BOUCHARD
 2     sound approximately correct when you -- as
 3     to when you returned to the locker room?
 4             A.     Yes, it does.
 5             Q.     Okay.  Now, at any -- by the
 6     way, when you went to the press conference
 7     and came back, did you have your cellphone
 8     with you?
 9             A.     Yes.
10             Q.     Did you check your cellphone at
11     all prior -- after the press conference and
12     before 11:10, when you're entering the
13     locker room?
14             A.     No.
15             Q.     At any time, did you get or had
16     you come to learn that you got a text from
17     any of the trainers prior to 11:10 as to
18     their availability or nonavailability in
19     the locker room?
20             A.     I saw the next morning I got an
21     e-mail.
22             Q.     An e-mail, I'm sorry, okay.
23     But you saw it the next morning?
24             A.     Correct.
25             Q.     Okay.  Do you recall checking
```

```
 1                    E.  BOUCHARD
 2   for e-mails at all prior to 11:10?
 3          A.    No.
 4          Q.    Let's get a timeframe, from the
 5   start of the press conference to 11:10, did
 6   you check for e-mails at all?
 7          A.    No.
 8          Q.    Okay.  So, when you entered the
 9   locker room at about 11:10, who, if anyone,
10   was present besides you?
11          A.    Where?
12          Q.    In the locker room.
13          A.    The locker room attendants.
14          Q.    What were they doing, if
15   anything, that comes to mind?
16          A.    I think they were doing
17   laundry.
18          Q.    Okay.  Can you -- usual
19   attendant stuff, whatever the attendants
20   do, towels, laundry, nothing out of the
21   ordinary from what you recall; is that fair
22   to say?
23          A.    Yes.
24          Q.    Okay.  Were there any trainers
25   present when you got in at 11:10?
```

1                          E.  BOUCHARD

2            A.      No.

3            Q.      Is  that  something  that  you

4    realized  at  the  time  within  minutes  of  your

5    entry  or  is  that  something  you  realized

6    later  on,  that  there  were  no  trainers

7    present?

8            A.      With  --  after  a  few  minutes  of

9    entering  the  locker  room  --

10           Q.      Okay.

11           A.      --  yes.

12           Q.      Did  you  make  any  effort  to  find

13   out  where  the  trainers  were  after  you

14   realized  they  were  not  there?

15           A.      No.

16           Q.      For  example,  did  you  use  your

17   phone  to  call  any  of  the  trainers,  text

18   them,  e-mail  them  or  ask  the  attendants

19   where  they  may  be?

20           A.      No.

21           Q.      Okay.  I'm  assuming  you  went  to

22   your  locker?

23           A.      Yes.

24           Q.      Okay.  What  did  you  do  at  that

25   point  when  you  got  to  the  locker?

1                          E.  BOUCHARD

2              A.     I changed into a sports bra and

3        sports shorts.

4              Q.     And was that the same locker

5        you pointed out to before in that floor

6        plan?

7              A.     Yes.

8              Q.     What did you do after you

9        changed?

10             A.     I went to the training room.

11             Q.     I'm sorry, the trainers' room?

12             A.     The trainers' room, yes.

13             Q.     Was it your intention to stop

14       in the trainers' room or to proceed

15       further?

16             A.     To proceed further.

17             Q.     To the ice bathroom?

18             A.     Yes.

19             Q.     Okay.  When you went from the

20       locker room first to the trainers' room --

21       strike that.

22                    Thinking back, is there a door

23       that separates the locker room area that's

24       the carpeted area from the trainers' room?

25             A.     Yes.

1                    E.  BOUCHARD

2          Q.     Was that door open or closed or

3     in some other condition?

4          A.     It was wide open.

5          Q.     Again, just to be clear, I'm

6     talking about when you walked into the

7     trainers' room on your way to the ice

8     bathroom, your testimony is the door was

9     wide open?

10               MR.  MORELLI:   She understood

11          the question.

12          Q.     Is that correct?

13          A.     Yes.

14          Q.     All right.  And what, if

15     anything, do you recall about the lighting

16     in the trainers' room?

17          A.     The lights in the trainers'

18     room were off.

19          Q.     Just to be clear, were they

20     completely off, was there some dim light

21     going on or completely off, from the best

22     of your recollection?

23          A.     I don't completely recall.

24     There may have been dim light.

25          Q.     Okay.  Did you see any signs on

1                      E. BOUCHARD

2     the floor along the lines of caution, wet,

3     slippery when wet, things of that nature?

4          A.    No.

5          Q.    Now, you told me about the

6     sports bra and sports shorts.  What, if

7     anything, were you wearing on your feet?

8          A.    Flip-flops.

9          Q.    Were you carrying anything when

10    you went into the locker room -- when you

11    went into the trainers' room?

12         A.    Yes.

13         Q.    What were you carrying?

14         A.    My cellphone.

15         Q.    Now, when you walked into the

16    trainers' room -- strike that.

17               When you left your locker on

18    your way to the trainers' room, were you

19    reading your -- were you reading your

20    cellphone or texting or doing anything like

21    that?

22         A.    No.

23         Q.    So, as you were walking away

24    from your locker, towards the trainers'

25    room, where were your eyes focused?

```
 1                    E. BOUCHARD
 2        A.    On the trainer -- the training
 3   room --
 4        Q.    Okay.
 5        A.    -- door.
 6        Q.    What I'm trying to get at,
 7   Ms. Bouchard, you told me you weren't
 8   reading your cellphone.
 9              Were you reading anything else,
10   for example, a newspaper, a magazine, you
11   know, a sign on the wall or anything like
12   that?
13        A.    No.
14        Q.    Okay.  Did you actually get
15   into the trainers' room?
16        A.    Yes.
17        Q.    And is that where your fall
18   took place?
19        A.    Yes.
20        Q.    How far into the trainers' room
21   did you get before you -- before you fell?
22        A.    I believe I took about three
23   steps.
24              MR. VIGNALI:  Ben, would you
25         mind, the photos of the trainers'
```

```
 1                     E.  BOUCHARD
 2    fall?
 3                 MR. MORELLI:  Let the record
 4            reflect that this does not show the
 5            door area entering the trainers'
 6            room/physio room.  Yes or no?
 7            Q.    Does that show the area where
 8    you fell?
 9            A.    No.
10            Q.    But you did tell me it was
11    approximately about three steps in?
12            A.    Correct.
13            Q.    Okay.  What happened when you
14    got three steps in?
15            A.    My feet came out in front of me
16    and I fell back and hit my head on the
17    floor.
18            Q.    Did you at any time sense the
19    fall before it actually happened or was it
20    very fast and instantaneous?
21                 MR. MORELLI:  Objection to the
22             form of the question.
23            Q.    You may answer, Ms. Bouchard.
24            A.    It happened sudden.
25            Q.    Okay.  Thinking back, did you
```

```
 1                    E. BOUCHARD

 2     have any -- strike that.

 3               What part -- strike that.

 4               Did you hit the floor,

 5     actually, did you tell me?

 6          A.   Yes.

 7               MR. MORELLI:  Objection.  Can

 8          we have her answer read back, please.

 9               (Whereupon, the referred to

10          portion of the record was read back

11          by the reporter.)

12               MR. MORELLI:  Thank you, you

13          have your answer.

14               MR. VIGNALI:  I do.

15          Q.   Any part of your body besides

16     your head hit the floor?

17          A.   My whole back, back side, back

18     of my legs.

19          Q.   Okay.  So, just to be clear,

20     when you say "back," you mean your upper

21     abdomen with the back of it; is that

22     correct?

23          A.   The whole back --

24          Q.   From head to toe?

25          A.   Yes.
```

```
 1                      E.  BOUCHARD

 2          Q.     Okay.  How would you describe

 3    the impact, Ms. Bouchard, when you fell?

 4    Slight, medium, hard or something else?

 5          A.     The impact was very hard.

 6          Q.     At this time you were still

 7    carrying your phone, were you not, at the

 8    time of the fall?

 9          A.     Yes.

10          Q.     Okay.  Right hand, left hand?

11    Do you remember?

12          A.     Left hand.

13          Q.     Are you right-handed, by the

14    way, right-hand dominant?

15          A.     Yes.

16          Q.     Okay.  Did you break your phone

17    during the fall or as a result of the fall?

18          A.     The screen cracked, yes.

19          Q.     Okay.  Did you ever make it to

20    the ice bathroom?

21          A.     No.

22          Q.     Did you ever determine what

23    made you fall?

24          A.     Yes.

25          Q.     What was it?
```

```
 1                  E.  BOUCHARD

 2          A.    There was a very oily substance

 3   on the floor.

 4          Q.    Do you know what that substance

 5   was or is, as you sit here today?

 6          A.    No.

 7          Q.    Do you know how the substance

 8   got on the floor?

 9          A.    No.

10          Q.    Whatever that substance was,

11   had you ever seen it before at the National

12   Tennis Center or experienced it before?

13          A.    No.

14          Q.    Do you know when that substance

15   got on the floor?

16          A.    No.

17          Q.    Prior to your fall, had you

18   seen anyone apply a substance to the floor

19   or drop it on the floor or something else?

20               MR. MORELLI:  Objection.  Are

21            we talking about that day or --

22               MR. VIGNALI:  Yes.

23               MR. MORELLI:  -- when?

24          Q.    I'm sorry.  That -- that

25   evening, after you returned to the locker
```