# EXHIBIT 2

1

1

2      UNITED STATES DISTRICT COURT
       EASTERN DISTRICT OF NEW YORK
3      ----------------------------------------X
       EUGENIE BOUCHARD,
4
                                    PLAINTIFF,
5

6              -against-            Case No:
                                    1:15-CV-5920
7

8      UNITED STATES TENNIS ASSOCIATION, INC. and
       USTA NATIONAL TENNIS CENTER, INC.,
9
                                    DEFENDANTS.
10     ----------------------------------------X

11

12

13                    DATE:  November 8, 2016

14                    TIME:  11:06 A.M.

15

16

17           VIDEOTAPED DEPOSITION of the

18     Plaintiff, EUGENIE BOUCHARD, taken by the

19     Defendants, pursuant to a Court Order and

20     to the Federal Rules of Civil Procedure,

21     held at the offices of Morelli Law Firm,

22     PLLC, 777 Third Avenue, 31st Floor, New

23     York, New York 10017, before Scott

24     Torrance, a Notary Public of the State of

25     New York.

```
1

2      A P P E A R A N C E S:

3

4      MORELLI RATNER LAW FIRM, PLLLC
         Attorneys for the Plaintiff
5        EUGENIE BOUCAHRD
         777 Third Avenue, 31st Floor
6        New York, New York 10017
         BY: BENEDICT MORELLI, ESQ.
7              -and-
             PERRY FALLICK, ESQ.
8              -and-
             DAVID SIROTKIN, ESQ.

9

10
       WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP
11       Attorneys for the Defendants
         UNITED STATES TENNIS ASSOCIATION, INC.
12       and USTA NATIONAL TENNIS CENTER, INC.
         1133 Westchester Avenue
13       White Plains, New York 10604
         BY: ROSARIO M. VIGNALI, ESQ.
14             -and-
             MARIANNA CODISPOTI, ESQ.
15       File #:  12269.00214

16

17

18     ALSO PRESENT:
         RACHEL D. BOOTH, ESQ.,
19       United States Tennis Association;

20       ROBERT HORGAN, videographer
         Diamond Reporting & Legal Video
21

22

23                *         *         *

24

25
```

```
 1                    E. BOUCHARD
 2    you know, the biggest grand slam of the
 3    year.  So, uh, that was a very tough week.
 4          Q.    You mentioned a dark room, was
 5    that essentially a hotel room?
 6          A.    Yes.
 7          Q.    Was that JW Marriott or back to
 8    the WestHouse?
 9          A.    I -- I moved again to, uh, the
10    St. Regis to try --
11          Q.    To the St. Regis, okay.
12          A.    To have the best conditions I
13    could have in the room.
14          Q.    How many days did you stay at
15    the -- how many evenings did you stay at
16    the JW Marriott?  Is that just that one?
17          A.    That one night.
18          Q.    And the next night, was it
19    WestHouse or St. Regis or something else?
20          A.    St. Regis.
21          Q.    Okay.  Did you eventually get
22    treated by a doctor later that week?
23          A.    Yes.
24          Q.    And no secret we've exchanged
25    medical records, so to help speed things
```

```
 1                    E. BOUCHARD
 2   up, was that doctor, I think it's
 3   pronounced Jamie Levine --
 4        A.    Yes.
 5        Q.    -- L-E-V-I-N-E?
 6        A.    Yes.
 7        Q.    Is that a she?
 8        A.    Yes.
 9        Q.    Okay.  And that was at NYU
10   Langone; am I correct?
11        A.    Yes.
12        Q.    How did you find that doctor?
13   I mean, how did you find her as opposed to
14   some other doctor?
15        A.    My lawyers recommended I see
16   her.
17        Q.    Okay.  And what lawyer was
18   that?
19        A.    Mr. Morelli.
20        Q.    Had you -- had you spoken to
21   Mr. Morelli or someone in his office at --
22   at that point?
23        A.    Uh, yes.
24        Q.    About the accident?
25        A.    Yes.
```

```
 1                    E. BOUCHARD
 2        Q.    And he gave you the
 3   recommendation?
 4        A.    Yes.
 5        Q.    Okay.  When did you speak to
 6   Mr. Morelli or someone from his office?
 7        A.    I believe it was the Tuesday.
 8        Q.    Okay.  And how did --
 9             MR. MORELLI:  You mean for the
10        first time?
11             MR. VIGNALI:  For the first
12        time.
13             MR. MORELLI:  You should just
14        add that.
15             MR. VIGNALI:  Well, yes, that's
16        in the record.
17        Q.    Does that sound right, that
18   Tuesday which -- about September 8th?
19        A.    I believe so.
20        Q.    Okay.  How did you find
21   Mr. Morelli?  I don't mean nice guy or not
22   a nice guy, how did you find him as opposed
23   to a different lawyer?  Did someone
24   recommend him to you?
25        A.    My -- my agent, um --
```

```
 1                    E. BOUCHARD

 2          Q.    That would have been

 3    Ms. Smoller?

 4          A.    Yes.

 5          Q.    Okay.  Now, according to my

 6    notes, that visit to Dr. Levine was on

 7    September 10th, so that would have been one

 8    day shy of one week from your accident,

 9    that Thursday.  Does that sound right?

10          A.    That sounds right.

11          Q.    Okay.  Was that visit at her

12    office?

13          A.    Yes.

14          Q.    And who did you go there with,

15    if anyone?

16          A.    I went with my mom and I

17    believe Perry.

18          Q.    Okay.

19                MR. MORELLI:  Perry Fallick.

20                MR. VIGNALI:  Yes.  I assume

21          that's --

22                MR. MORELLI:  The new married

23          man.

24                MR. VIGNALI:  Okay.

25          Q.    Did Dr. Levine do an MRI for
```