# EXHIBIT 3



```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------x

EUGENIE BOUCHARD,

        Plaintiff,
                                Docket No.
                                1:15-cv-5920
    -against-

UNITED STATES TENNIS ASSOCIATION, INC. and

USTA NATIONAL TENNIS CENTER, INC.

        Defendants.

------------------------------------------x
```

                150 East 42 Street
                New York, New York

                November 16, 2016
                2:00 P.M.

    EXAMINATION BEFORE TRIAL of KAREN OWENS, the Defendant herein, taken by the attorneys for the Plaintiff, pursuant to Notice, and held before a Notary Public of the State of New York at the above-stated time and place.



Reporter's Ink, Corp.  90 John Street - Ste. 411   New York, NY 10038   www.reporters-ink.com
                       Phone: 646.395.2522    Fax: 212.374.1236

```
 1

 2    A P P E A R A N C E S:

 3

 4       MORELLI LAW FIRM, PLLC
              Attorneys for Plaintiff
 5            777 Third Avenue, 31st Floor
              New York, New York 10017
 6
         BY:  DAVID T. SIROTKIN, ESQ.
 7            PERRY S. FALLICK, ESQ.

 8

 9        WILSON, ELSER MOSKOWITZ, EDELMAN & DICKER, LLP
              Attorneys for Defendants
10            150 East 42 Street
              New York, New York 10017
11
         BY:  FRANCIS MANCHISI, ESQ.
12            RAYMOND PEREZ, ESQ.

13

14

15

16

17

18
      ALSO PRESENT:
19
         Rachel D. Booth, Esq. USTA
20

21

22

23

24

25
```



Reporter's Ink, Corp.  90 John Street - Ste. 411   New York, NY 10038   www.reporters-ink.com
Phone: 646.395.2522   Fax: 212.374.1236

```
1                  KAREN OWENS
2      ahead.
3         A.  No.
4         Q.  Now, are you aware if there was a
5   warning sign down outside of the locker room
6   when Ms. Bouchard entered?
7         A.  A caution sign.
8         Q.  You saw -- did you see a caution
9   sign personally?
10        A.  Yes.
11        Q.  When did you see a caution sign
12  personally?
13        A.  As soon as Christina finished.
14        Q.  As soon as she finished spraying?
15        A.  Yes.
16        Q.  So, before you went to the front of
17  the locker room when Ms. Simmons finished,
18  you saw her put down a caution sign?
19        A.  She put it down, yes.
20        Q.  Where did she put it?
21        A.  In front of the door.
22        Q.  Inside the locker room?
23        A.  No.
24        Q.  I'm sorry.
25        A.  Inside the trainer's room.
```

Reporter's Ink, Corp.  90 John Street - Ste. 411   New York, NY 10038   www.reporters-ink.com
Phone: 646.395.2522   Fax: 212.374.1236


```
 1                    KAREN OWENS
 2       Q.   Okay.  So the sign was -- withdrawn.
 3            Can you please show for me on
 4   Plaintiff's 1 where you saw the caution sign?
 5       A.   Right in front of the door.
 6       Q.   What did the caution sign look like?
 7       A.   It's a yellow and black.
 8       Q.   What did it say?
 9       A.   Caution.
10       Q.   Did it say anything else?
11       A.   No.  I don't remember if there is
12   anything else but I know it's yellow and
13   black.
14       Q.   After you spoke to Ms. Bouchard
15   about her fall and you had that conversation
16   about her falling, what did you do next?
17       A.   It was nothing else I could do.  She
18   wouldn't let me help her.
19       Q.   My question is:  What did you do
20   next?
21       A.   Nothing.  I just called my boss and
22   told her what happened.
23       Q.   Who did you call?
24       A.   Reiko.
25       Q.   And what did Reiko say?
```

Reporter's Ink, Corp. 90 John Street - Ste. 411   New York, NY 10038   www.reporters-ink.com
Phone: 646.395.2522   Fax: 212.374.1236

