**EXHIBIT 4**

1



IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CASE NO.: 1:15-cv-5920

EUGENIE BOUCHARD,

    Plaintiff,

-vs-

UNITED STATES TENNIS ASSOCIATION, INC., and USTA NATIONAL TENNIS CENTER,

    Defendants.

\* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| DEPOSITION OF: | EVA SCHEUMANN |
| PURSUANT TO: | Notice by Counsel for Plaintiff |
| DATE TAKEN: | November 30, 2016 |
| TIME: | 10:06 a.m. to 1:26 p.m. |
| PLACE: | Hilton St. Petersburg Bayfront<br>333 1st Street South<br>St. Petersburg, Florida 33701 |
| REPORTED BY: | Elizabeth W. Chorrushi<br>Registered Professional Reporter<br>Florida Professional Reporter<br>Notary Public<br>State of Florida at Large |

Pages 1 - 148



```
                                 2

 1   APPEARANCES:

 2   DAVID T. SIRTOKIN, ESQUIRE -and-
     PERRY S. FALLICK, ESQUIRE
 3        Morelli Law Firm, PLLC
          31st Floor
 4        777 Third Avenue
          New York, New York 10017
 5        Dsirtokin@morellilaw.com
          Pfallick@morellilaw.com
 6
               APPEARING ON BEHALF OF THE PLAINTIFF
 7


 8   ROSARIO M. VIGNALI, ESQUIRE
          Wilson Elser Moskowitz Edelman & Dicker, LLP
 9        1133 Westchester Avenue
          White Plains, New York 10604
10        Rosario.vignali@wilsonelser.com

11             APPEARING ON BEHALF OF THE DEFENDANTS

12
     JULIET A. COX, ESQUIRE
13        Kutak Rock, LLP
          Suite 800
14        Two Pershing Square
          Kansas City, Missouri 64108
15        Juliet.cox@kutakrock.com

16             APPEARING ON BEHALF OF THE DEPONENT

17

18

19

20

21

22

23

24

25
```



45

```
 1      Q    Where did you look when you went looking for
 2   her?
 3      A    I went to the media center.  I went to the gym,
 4   and I went to the player lounge.
 5      Q    Okay.  Now, when you are leaving the locker
 6   room and you walk into the hallway --
 7      A    Mmm-hmm.
 8      Q    -- outside the locker room, which way is the
 9   player lounge?
10      A    To the left.
11      Q    Do you recall if you went left first or right
12   first?
13      A    Cannot remember.
14      Q    Did you find Ms. Bouchard in the player lounge?
15      A    No.
16      Q    Did you find Ms. Bouchard in the gym?
17      A    No.
18      Q    You said that you went to look for her in the
19   media center?
20      A    Well, the media area where -- I can't go in the
21   media center.
22      Q    What is the media center?
23      A    It's the area where the press conference rooms
24   are.  I don't know if that's called media center.  It's
25   our media area.
```



133

```
 1      Q     But she didn't do that?
 2      A     No.
 3      Q     Okay.  And, in fact, you waited, what --
 4   another about 11 -- well, 10 or so minutes before you
 5   went and looked for her?
 6      A     Looked for her.
 7      Q     When you went to look for her, where did you
 8   look?
 9      A     I went into the media area where the press
10   conference rooms are.  I went to the gym and to the
11   player lounge.
12      Q     Okay.  Now, when you went to the -- is this all
13   on one level?
14      A     No.
15      Q     Okay.  What's on a different level?
16      A     Lounge, player lounge and gym.
17      Q     How did you get to the player lounge?
18      A     I go up one level.
19      Q     Staircase?
20      A     Yes.
21      Q     And when you got up to the player lounge area,
22   did you see anyone?
23      A     No.  Nobody.
24      Q     Was the light on in there?  Was it light?
25   Dark?
```



134

1    A    I remember it being dark.

2    Q    Okay.  And is it that same level where the gym
3 is?

4    A    No.  The gym is one more.

5    Q    Okay.  So did you go up another set of stairs?

6    A    Yes.

7    Q    And when you got up that second set of stairs,
8 did you see anything?

9    A    No.  Nobody.

10   Q    Nobody at all?

11   A    Nobody at all.

12   Q    Was the gym dark?

13   A    Yes.

14   Q    Okay.  So having gone to the second floor, to
15 the third floor and seeing that everything is dark and
16 there's no one there, did you then come back down --

17   A    Yes.

18   Q    -- to the first floor?

19   A    Yes.

20   Q    When you came back down to the first floor, did
21 you at that point determine that you can't find
22 Ms. Bouchard?

23   A    Yes.

24   Q    Okay.  And in your experience as a trainer,
25 have you had instances where an athlete would tell you

