

August 24, 2017

**VIA ECF**

Hon. Magistrate Judge Lois Bloom
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   Matter:              Bouchard v. United States Tennis Association, Inc., et al.
      Civil Action No.:    1:15-cv-5920

Dear Judge Bloom:

This office represents the Defendants in the above matter.

In response to the Court's Order of August 10, 2017, we wish to advise the Court that payment on this date in the amount of $3475.00 has been issued to Plaintiff's counsel for the costs incurred by Plaintiff for the parties' past two mediations. Attached is proof of payment.

The parties will not be pursuing a third mediation at this time.

We note that, on this date, Plaintiff has filed Objections to the Court's Order of August 10, 2017. To the extent that the Order's provision regarding these payments may be modified in the future, we will of course coordinate with Plaintiff's counsel's office.

Very truly yours,

Wilson Elser Moskowitz Edelman & Dicker LLP

Rosario M. Vignali
RMV:bs

cc:   The Morelli Law Firm (via ECF)

1133 Westchester Avenue • White Plains, NY 10604 • p 914.323.7000 • f 914.323.7001

Albany • Baltimore • Boston • Chicago • Dallas • Denver • Edwardsville • Garden City • Hartford • Houston • Kentucky • Las Vegas • London • Los Angeles • Miami • Michigan
Milwaukee • New Jersey • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Virginia • Washington, DC • West Palm Beach • White Plains

wilsonelser.com

6657499v.1

```
08/24/17                      A C T S                                14:24:47
ACTS                   PAY-TO / MAIL-TO SUMMARY                      N42IQ60P

CASE NO OAB  178791    CASE STATUS OPEN          ACC DATE 09/04/15
INSURED USTA NATIONAL TENNIS CENTER IN           POLICY NO GL0152305    ADJ  JJ21


           PAY TO:   MORELLI LAW FIRM PLLC



     MAIL-TO NAME: MORELLI LAW FIRM PLLC
        STREET(1): 777 THIRD AVENUE
        STREET(2):
             CITY: NEW YORK                STATE: NY ZIP: 100170000

       AGENT NAME: FRANKLIN CASE AGENCY, LLC
        STREET(1): 5 WALTER FORAN BOULEVARD, SUIT
        STREET(2):
             CITY: FLEMINGTON              STATE: NJ ZIP: 088220000



          OPTION: .       O OR PF17 = PAYMENT ALLOCATION SUMMARY
_____
 4-©          1     Sess-1    10.2.3.38             TNADFBXS          24/12
```

```
08/24/17                        A C T S                              14:23:57
ACTS                     PAYMENT ALLOCATION SUMMARY                  N42IQ55P


CLAIM NO  OAB 178791  01  COV STATUS  OPEN       ACC DATE 09/04/15  SPV  JJ21
 INSURED  USTA NATIONAL TENNIS CENTER IN         POLICY GL0152305   ADJ  JJ21
CLAIMANT  BOUCHARD EUGENIE              COV  311 - OBI              HC   I3

CHECK NO              CHECK AMOUNT    3475.00  ISSUE DATE 00/00/00  REQ BY JJ16
HONORED DATE   00/00/00   IN PAYMENT OF    REIMBURSEMENT MEDIATION COSTS
STOP PAYMENT
TRANSACTION TYPE   PARTIAL PAYMENT            TAX IND  T     TAX ID 474103196
VENDOR INVOICE NO.: OAB178791
SERVICE DATE FROM : 09/04/2015 SERVICE DATE TO: 09/04/2015
EXCEPTION CODE     :     EXCEPTION REASON:
CODE TYPE    ALLOCATION       AMOUNT      CODE TYPE    ALLOCATION       AMOUNT
 14    A  ALT DISPUTE RES     3475.00




                 O OR PF17 = PAY-TO/MAIL-TO
       OPTION:   B OR PF19 = COVERAGE TRANSACTION SUMMARY
 4-©          1    Sess-1    10.2.3.38            TNADFBXS           24/12
```

Name: CHPOWER - Date: 8/24/2017  Time: 2:24:08 PM