

August 25, 2017

**VIA ECF**

Hon. Magistrate Judge Lois Bloom
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:**  Matter:              Bouchard v. United States Tennis Association, Inc., et al.
       Civil Action No.:    1:15-cv-5920

Dear Judge Bloom:

This office represents the Defendants in the above matter.

The purpose of this Letter Motion is to inform the court of Defendants' desire, under Local Rule 1.4, to effectuate a change of counsel as reflected in the attached Consent to Change Attorneys; that is, to have the law firm of Lewis Brisbois proceed in this matter as counsel of record for the Defendants instead, and in place, of the law firm of Wilson Elser. The Consent to Change Attorney form attached as Exhibit A is executed by outgoing and incoming counsel of record, as well as by representatives of the Defendants.

We hereby request your honor "so order" this Letter Motion, and make the "so ordered" Letter Motion a part of the case's official docket.

As the Court is aware, fact and expert discovery in this matter has been completed. A conference on Defendants' proposed Motion for Partial Summary Judgment is scheduled on September 7, 2017. Most recently, the Plaintiff has filed Objections to the Court's Decision and Order of August 10, 2017. No trial date is pending.

Finally, as required by Local Civil Rule 1.4, a copy of this letter and consent form has been mailed on this date to Defendants via express mail.

Very truly yours,

Wilson Elser Moskowitz Edelman & Dicker LLP

Rosario M. Vignali
RMV:bs

1133 Westchester Avenue • White Plains, NY 10604 • p 914.323.7000 • f 914.323.7001

Albany • Baltimore • Boston • Chicago • Dallas • Denver • Edwardsville • Garden City • Hartford • Houston • Kentucky • Las Vegas • London • Los Angeles • Miami • Michigan
Milwaukee • New Jersey • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Virginia • Washington, DC • West Palm Beach • White Plains

wilsonelser.com

6649383v.1

cc: The Morelli Law Firm (via ECF)

United States Tennis Association, Incorporated (via express mail)

USTA National Tennis Center, Incorporated (via express mail)

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

6649383v.1

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------x
EUGENIE BOUCHARD,

        Plaintiffs,
  -against-

UNITED STATES TENNIS ASSOCIATION,
INC. and USTA NATIONAL TENNIS CENTER, INC.

        Defendants.
---------------------------------------x

Civil Action No.: 1:15-cv-5920

**CONSENT TO CHANGE ATTORNEYS**

**PLEASE TAKE NOTICE** that it is hereby stipulated, consented and agreed that the law firm of LEWIS BRISBOIS, with offices at 77 Water Street, New York, New York 10005, be substituted as attorneys of record for the Defendants, UNITED STATES TENNIS ASSOCIATION, INC. and USTA NATIONAL TENNIS CENTER, INC., in the above-captioned action in place and stead of the law firm of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, 1133 Westchester Avenue, White Plains, New York 10604 as of the date hereof.

Dated: August 25, 2017

By: _____
Alan Kaminsky, Esq.
**LEWIS BRISBOIS**
77 Water Street, Suite 2100
New York, NY 10005
(212) 232-1300
*Incoming Attorneys of Record for*
*UNITED STATES TENNIS ASSOCIATION,*
*INC. and USTA NATIONAL TENNIS*
*CENTER, INC.*

By: _____
Rosario M. Vignali, Esq.
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**
1133 Westchester Ave
White Plains, New York 10604
*Outgoing Attorneys of Record for*
*UNITED STATES TENNIS ASSOCIATION,*
*INC. and USTA NATIONAL TENNIS*
*CENTER, INC.*

*United States Tennis Association, Incorporated*

By: _____
David Brewer

Title: US Open Tournament Director


*USTA National Tennis Center, Incorporated*

By: _____
Daniel Zausner

Title: Chief Operating Officer