FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ AUG 28 2017 ★

BROOKLYN OFFICE

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

EUGENIE BOUCHARD,

                             Plaintiffs,

-against-

UNITED STATES TENNIS ASSOCIATION,
INC. and USTA NATIONAL TENNIS CENTER, INC.

                             Defendants.

---------------------------------------------------------- x

Civil Action No.: 1:15-cv-5920

CONSENT TO CHANGE ATTORNEYS

PLEASE TAKE NOTICE that it is hereby stipulated, consented and agreed that the law firm of LEWIS BRISBOIS, with offices at 77 Water Street, New York, New York 10005, be substituted as attorneys of record for the Defendants, UNITED STATES TENNIS ASSOCIATION, INC. and USTA NATIONAL TENNIS CENTER, INC., in the above-captioned action in place and stead of the law firm of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, 1133 Westchester Avenue, White Plains, New York 10604 as of the date hereof.

Dated: August 25, 2017

By: _____
Alan Kaminsky, Esq.
**LEWIS BRISBOIS**
77 Water Street, Suite 2100
New York, NY 10005
(212) 232-1300
*Incoming Attorneys of Record for*
*UNITED STATES TENNIS ASSOCIATION,*
*INC. and USTA NATIONAL TENNIS*
*CENTER, INC.*

By: _____
Rosario M. Vignali, Esq.
**WILSON ELSER MOSKOWITZ**
**EDELMAN & DICKER, LLP**
1133 Westchester Ave
White Plains, New York 10604
*Outgoing Attorneys of Record for*
*UNITED STATES TENNIS ASSOCIATION,*
*INC. and USTA NATIONAL TENNIS*
*CENTER, INC.*

1 of 2

So Ordered:   /S/ Judge Lois Bloom

8/28/17   Lois Bloom
U.S. Magistrate Judge

*United States Tennis Association, Incorporated*

By: _____
David Brewer

Title: US Open Tournament Director

*USTA National Tennis Center, Incorporated*

By: _____
Daniel Zausner

Title: Chief Operating Officer