IN THE UNITED STATES DISTRICT COURT
EASTERN DISCTRICT OF NEW YORK

| | |
|---|---|
| EUGENIE BOUCHARD,<br><br>        Plaintiff,<br><br>v.<br><br>UNITED STATES TENNIS ASSOCIATION, INC.,<br>and USTA NATIONAL TENNIS CENTER, INC.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Docket No.: 1:15-cv-5920<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Marsha E. Harris, a partner with the law firm of LEWIS BRISBOIS BISGAARD & SMITH LLP, 77 Water Street, Suite 2100, New York, New York 10005, attorneys for Defendants in this matter, appears herein.

Dated: New York, New York
        September 5, 2017

                                          Respectfully submitted,

                                          Marsha E. Harris, Esq. (MH9353)
                                          **LEWIS BRISBOIS BISGAARD & SMITH LLP**
                                          Attorneys for Defendants
                                          77 Water Street, Suite 2100
                                          New York, New York 10005
                                          Tel: (212) 232-1300
                                          Fax: (212) 232-1399

To:    Benedict P. Morelli, Esq. (BM6597)
          David T. Sirotkin, Esq. (DS4863)
          Parry S. Fallick (PF1165)
          Attorneys for Plaintiff
          Morelli Law Firm
          777 Third Avenue, 31st Floor
          New York, New York 10017

4828-2106-5550.1