

Alan Kaminsky
77 Water Street, Suite 2100
New York, New York 10005
Alan.Kaminsky@lewisbrisbois.com
Direct: 212.232.1340

October 5, 2017

File No. 26572.451

**VIA ECF**

Judge Ann Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:   Eugenie Bouchard v United States Tennis Association, Inc. et al
           Civ. Case No. 1:15-cv-5920

Dear Judge Donnelley:

This office represents the Defendants in the above referenced matter.

In accordance with your directive at the pre-motion conference held on September 7, 2017, the Defendants hereby inform you that they will not be submitting a Motion for Partial Summary Judgment. We note Plaintiff voluntarily discontinued her claim for punitive damages by letter dated August 18, 2017.

Respectfully submitted,

Alan Kaminsky of
LEWIS BRISBOIS BISGAARD & SMITH LLP

AK

cc:   Morelli Law Firm (via ECF)