UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EUGENIE BOUCHARD,

                                      Plaintiff,

      -against-

UNITED STATES TENNIS ASSOCIATION, INC.
and USTA NATIONAL TENNIS CENTER, INC.,

                                      Defendants.
------------------------------------------------------------X

Case No. 15-cv-05920 (AMD)(LB)

**NOTICE OF APPEARANCE**

       PLEASE TAKE NOTICE, that Peter T. Shapiro of Lewis Brisbois Bisgaard & Smith LLP, 77 Water Street, Suite 2100, New York, New York 10005 hereby appears in the above-captioned action as counsel for defendants United States Tennis Association, Inc. and USTA National Tennis Center, Inc., and respectfully requests that all communications in this matter be directed to his attention at the address set forth below.

Dated: New York, New York
           November 29, 2017

                                          LEWIS BRISBOIS BISGAARD & SMITH LLP

                       By:    /s/ Peter T. Shapiro
                            Peter T. Shapiro
                            *Attorneys for Defendants*
                            77 Water Street, Suite 2100
                            New York, New York 10005
                            (212) 232-1300
                            Peter.Shapiro@lewisbrisbois.com

## **CERTIFICATE OF SERVICE**

Peter T. Shapiro, an attorney duly admitted to practice before this Court, certifies that on November 29, 2017, he caused his Notice of Appearance to be filed and served by ECF. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

/s/ Peter T. Shapiro<br>
Peter T. Shapiro