UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
EUGENIE BOUCHARD,

                Plaintiff,

   -against-

UNITED STATES TENNIS ASSOCIATION, INC.
and USTA NATIONAL TENNIS CENTER, INC.,

                Defendants.
-----------------------------------------------------------X

Case No. 15-cv-05920 (AMD)(LB)

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE, that Candice Deaner of Lewis Brisbois Bisgaard & Smith LLP, 77 Water Street, Suite 2100, New York, New York 10005 hereby appears in the above-captioned action as counsel for defendants United States Tennis Association, Inc. and USTA National Tennis Center, Inc., and respectfully requests that all communications in this matter be directed to her attention at the address set forth below.

Dated: New York, New York
       November 29, 2017

                                LEWIS BRISBOIS BISGAARD & SMITH LLP

                     By:     /s/ Candice Deaner
                         Candice Deaner
                         *Attorneys for Defendants*
                         77 Water Street, Suite 2100
                         New York, New York 10005
                         (212) 232-1300
                         Candice.Deaner@lewisbrisbois.com

## **CERTIFICATE OF SERVICE**

Candice Deaner, an attorney duly admitted to practice before this Court, certifies that on November 29, 2017, she caused her Notice of Appearance to be filed and served by ECF.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

/s/ Candice Deaner<br>
Candice Deaner