

Alan Kaminsky
77 Water Street, Suite 2100
New York, New York 10005
Alan.Kaminsky@lewisbrisbois.com
Direct: 212.232.1340

Marsha E. Harris
Marsha.Harris@lewisbrisbois.com
Direct: 212.232.1407

Candice L. Deaner
Candice.Deaner@lewisbrisbois.com
Direct: 212.232.1405

**VIA ECF**

Judge Ann Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  Eugenie Bouchard v United States Tennis Association, Inc. et al
     Civ. Case No. 1:15-cv-5920

Dear Judge Donnelley:

This office represents the Defendants in the above referenced matter.

As you may recall, in the Joint Pretrial Order filed on November 27, 2017, the parties advised that they were still in the process of finalizing the stipulated facts section of the Order and would file an Amended Joint Pretrial Order by today, December 11, 2017. At this time, the parties are continuing to diligently work through this stipulated facts section. As such, the parties respectfully request permission for the parties to file the Amended Joint Pre Trial Order on Friday, December 15, 2017.

Thank you.

Respectfully submitted,

Alan Kaminsky of
LEWIS BRISBOIS BISGAARD & SMITH LLP

AK

cc:  Morelli Law Firm (via ECF)