

COURT EXHIBIT
2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
:
**EUGENIE BOUCHARD,**
:
                              Plaintiff,    :    **LIABILITY VERDICT SHEET**
:
           - against -
:    15 Civ. 5920 (AMD) (LB)

**UNITED STATES TENNIS ASSOCIATION,**    :
**INC., and USTA NATIONAL TENNIS**
**CENTER, INC.,**    :

                           Defendants.
------------------------------------------------------------ X

ANN M. DONNELLY, United States District Judge:

**Question 1:**
Did the plaintiff prove by a preponderance of the evidence that the defendants were negligent?

YES __✓__  NO _____

        IF YOU ANSWERED "YES" TO QUESTION 1, PLEASE PROCEED TO QUESTION 2.
   IF YOU ANSWERED "NO" TO QUESTION 1, YOUR DELIBERATIONS ARE COMPLETE, AND THERE
                    WILL BE NO DAMAGES PHASE OF THE TRIAL.

**Question 2:**
Did the plaintiff prove by a preponderance of the evidence that the defendants' negligence caused the accident?

YES __✓__  NO _____

        IF YOU ANSWERED "YES" TO QUESTION 2, PLEASE PROCEED TO QUESTION 3.
   IF YOU ANSWERED "NO" TO QUESTION 2, YOUR DELIBERATIONS ARE COMPLETE, AND THERE
                    WILL BE NO DAMAGES PHASE OF THE TRIAL.

**Question 3:**
Did the defendants prove by a preponderance of the evidence that the plaintiff was contributorily negligent or assumed the risk?

YES __✓__    NO _____

       IF YOU ANSWERED "YES" TO QUESTION 3, PLEASE PROCEED TO QUESTION 4.
IF YOU ANSWERED "NO" TO QUESTION 3, YOUR DELIBERATIONS IN THE LIABLITY PHASE OF TRIAL ARE COMPLETE, AND YOU WILL PROCEED TO THE DAMAGES PHASE OF TRIAL.

**Question 4:**
Did the defendants prove by a preponderance of the evidence that the plaintiff's contributory negligence or assumption of the risk caused the accident?

       IF YOU ANSWERED "YES" TO QUESTION 4, PLEASE PROCEED TO QUESTION 5.
IF YOU ANSWERED "NO" TO QUESTION 4, YOUR DELIBERATIONS IN THE LIABLITY PHASE OF TRIAL ARE COMPLETE, AND YOU WILL PROCEED TO THE DAMAGES PHASE OF TRIAL.

**Question 5:**
Please apportion a percentage of fault to the plaintiff and the defendants. The total of the percentages must equal one hundred percent.

PLAINITFF __25__ %    DEFENDANTS __75__ % = 100%

**You have completed your deliberations as to the liability phase of the trial.**

Foreperson: *Keyana Wills*

Dated: Brooklyn, New York
February 22, 2018